**DISMISS and Opinion Filed January 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01047-CV**

**IN RE ESTATE OF CHARLIE L. POWELL, JR., DECEASED**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-01899-1**

## MEMORANDUM OPINION
Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Reichek

Before the Court is appellant's motion to dismiss appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

201047F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN RE ESTATE OF CHARLIE L.
POWELL, JR., DECEASED

No. 05-20-01047-CV

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-19-01899-
1.
Opinion delivered by Justice
Reichek, Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Alethia Octavia Jones and Courtney Charlie Powell recover their costs, if any, of this appeal from appellant Teresa Powell.

Judgment entered January 19, 2021